UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X

MARIE ADDOO,

                      Plaintiff,                  REFERRAL TO
                                                  MAGISTRATE JUDGE

       - against -                          04 CV 2255 (ARR)

N.Y.C. BOARD OF EDUCATION,

                      Defendant.

----------------------------------------------------------X

ROSS, U.S.D.J.:

The defendant's motion for dismissal with prejudice for plaintiff's failure to prosecute this action is respectfully referred to Magistrate Judge Bloom for the issuance of a report and recommendation pursuant to 28 U.S.C. § 636(B)(1)(b).

SO ORDERED:

Dated: Brooklyn, New York
       December 14, 2005

                                                          Allyne R. Ross
                                                         United States District Judge

Mailing List

Marie Addoo
P.O. Box 1143
Queens, NY 11375

Amy Grossberg
Assistant Corporation Counsel
Corporation Counsel of the
    City of New York
100 Church Street
Room 2-138
New York, NY 10007

Magistrate Judge Bloom