D+F

# Law Offices of Kenneth W. Richardson

305 Broadway, Suite 1100, New York, NY 10007
Phone (212) 962-4277 Fax (212) 962-4294

August 9, 2006

VIA FACSIMILE
Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Application granted. Plaintiff's response shall be served on defendant on or before Aug. 18, 2006. Defendant's reply shall be served and the fully-briefed motion filed by August 28, 2006. So ordered.*

Re: <u>Addoo v. New York City Department of Education</u>
04 Civ. 2255(ARR)(LB)

Dear Judge Ross

*USDJ     8/10/06*
*cc: parties*

I, Kenneth W. Richardson, represent the plaintiff in the above entitle matter and write this letter in request for an extension of time in which to respond to defendant's summary judgment motion. I have consulted with my adversary and she has consented to this request.

Currently, plaintiff's response is due on August 11, 2006. Plaintiff has made all due and diligent efforts to have a response prepared by the due date. However, due to a heavy caseload and despite all such efforts, it is not probable that a complete response can be prepared by such date.

Wherefore, it is respectfully requested that an extension of time be granted to August 18, 2006 in which to submit said response.

Respectfully yours,

Kenneth W. Richardson(KR8701)

CC: Amy Grossberg